BOTTLERS SEAL COMPANY, Suing on Behalf of Itself and Other Creditors of TEAR OFF BOTTLE SEAL COMPANY, Respondent, *v.* ROY A. RAINEY et al., Appellants.

(Submitted September 27, 1926; decided October 5, 1926.)

Motion to amend remittitur in regard to costs denied. Otherwise granted, without costs. Return of remittitur

requested and when returned will be amended so as to answer the fifth question certified in the affirmative and change the number of the question referred to in the last paragraph but one of the opinion from " fifth " to " second." (See 243 N. Y. 333.)